IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRAVIS GOWER, : | |
|     Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION NO. 25-CV-2262 |
| : | |
| JUDGE DANIEL CLIFFORD, *et al.*, : | |
|     Defendants. : | |

### ORDER

AND NOW, this 13th day of June, 2025, upon consideration of Plaintiff Travis Gower's Motion to Proceed *In Forma Pauperis* (ECF No. 2), and *pro se* Complaint (ECF No. 1) it is **ORDERED** that:

1. Gower is **GRANTED** leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

4. The Clerk of Court is **DIRECTED** to mark the Complaint (ECF No. 1) and the Confidential Request for Investigation (ECF No. 5) as "participant view only."

5. Gower's remaining Motions and Requests (ECF Nos. 3, 4, 5, 7) are **DENIED**.

6. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

/s/ JUAN R. SÁNCHEZ
JUAN R. SÁNCHEZ, J.